1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Dean Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN MOORE,<br><br>        Plaintiff,<br><br>        vs.<br><br>J.F. DESMOND and J F DESMOND FAMILY LP dba KFC, WILLIAM J. SAMARIN and NAOMI SAMARIN, WILLIAM J. SAMARIN and NAOMI SAMARIN TRUSTEES OF W J & N M SAMARIN TRUST ,<br><br>        Defendants. | No.  1:10-CV-00278-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to Magistrate Judge Sheila K. Orberto<br><br>Complaint filed:  February 18, 2010 |

      Plaintiff Ronald Moore, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants J.F. DESMOND and J F DESMOND FAMILY LP dba KFC, through their attorneys DOWLING, AARON & KEELER, Fresno, California, WILLIAM J. SAMARIN and NAOMI SAMARIN, WILLIAM J. SAMARIN and NAOMI SAMARIN TRUSTEES OF W J & N M SAMARIN TRUST through their attorneys, MICHAEL J. F. SMITH, A PROFESSIONAL CORPORATION, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

*Moore v. Desmond, et al*

Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: June 2, 2010 | /s/Tanya Levinson Moore |
| | Tanya E. Levinson Moore |
| | Attorney for Plaintiff |
| | |
| Date: June 2, 2010 | Law Offices of Michael J. F. Smith Esq. |
| | |
| | /s/Michael J.F. Smith, Esq. |
| | Michael J.F. Smith, Esq. |
| | Attorney for Defendants Samarin Farms and Naomi Samarin |
| | |
| Date: May 28, 2010 | DOWLING, AARON & KEELER |
| | |
| | /s/ Keith M. White, Esq. |
| | Keith M. White, Esq. |
| | Attorney for Defendants J.F Desmond and JF Desmond Family LP dba KFC |

### ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 2, 2010     /s/ Lawrence J. O'Neill_____
                         U.S.  DISTRICT JUDGE LAWRENCE J. O'NEILL

*Moore v. Desmond, et al*

Stipulation for Dismissal